SEALED

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,
        Plaintiff,
    v.
Jarrett B. Maupin II,
        Defendant.

CR '09 0 0 52 PHX DGC (LOA)

**INDICTMENT**

VIO: 18 U.S.C. § 1001
     (False Statement)
     Count 1

(Under Seal)

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 16, 2008, in the District of Arizona, defendant JARRETT B. MAUPIN II, in a matter within the jurisdiction of the Federal Bureau of Investigation, a governmental agency of the United States of America, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, that is: defendant claimed to have knowledge and proof of criminal activity, when in truth and fact, as JARRETT B. MAUPIN II well knew, he had no such knowledge or proof.

//

//

//

1  In violation of Title 18, United States Code, Section 1001.

2  A TRUE BILL

3  s/

4  FOREPERSON OF THE GRAND JURY
   Date: January 13, 2009

5
6  DIANE J. HUMETEWA
   United States Attorney
   District of Arizona
7
   s/
8
   RACHEL C. HERNANDEZ
9  Assistant U.S. Attorney